UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2020
```

Regeneron Pharmaceuticals, Inc.,

Plaintiff,

–v–

Novartis Pharma AG, *et al.*,

Defendants.

20-cv-5502 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On October 19, 2020, Defendant Regeneron Pharmaceuticals, Inc. filed a motion to

dismiss.  Dkt. No. 55.  Pursuant to Rule 3.F of this Court's Individual Practices in Civil Cases,

on or before October 29, 2020, Plaintiff must notify the Court and its adversary in writing

whether (1) it intends to file an amended pleading and when it will do so or (2) it will rely on the

pleading being attacked.  Plaintiff is on notice that declining to amend its pleadings to timely

respond to a fully briefed argument in the Defendants' October 19, 2020 motion to dismiss may

well constitute a waiver of the Plaintiff's right to use the amendment process to cure any defects

that have been made apparent by the Defendants' briefing.  *See Loreley Fin. (Jersey) No. 3 Ltd.*

*v. Wells Fargo Sec., LLC.*, 797 F.3d 160, 190 (2d Cir. 2015) (leaving "unaltered the grounds on

which denial of leave to amend has long been held proper, such as undue delay, bad faith,

dilatory motive, and futility").

If Plaintiff chooses to amend, Defendants may then (a) file an answer; (b) file a new

motion to dismiss; or (c) submit a letter stating that they rely on the initially-filed motion to

dismiss.

Nothing in this Order alters the time to amend, answer or move provided by the Federal

Rules of Civil Procedure or Local Rules.

      SO ORDERED.

Dated:  October 21, 2020
         New York, New York

                                           ALISON J. NATHAN
                                  United States District Judge