

O'Melveny & Myers LLP  T: +1 202 383 5300
1625 Eye Street, NW    F: +1 202 383 5414
Washington, DC 20006   omm.com

December 22, 2020

**Ian Simmons**
D: +1 202 383 5106
isimmons@omm.com

<u>VIA ECF</u>

Hon. Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

**Re:  *Regeneron Pharmaceuticals, Inc. v. Novartis Pharma AG, et al.*, Case No. 1:20-cv-5502-AJN**

Dear Judge Nathan:

    I write on behalf of all Defendants in the above-captioned action. Pursuant to Rule 3.H of this Court's Individual Practices in Civil Cases, Defendants respectfully notify Your Honor that Defendants' Motions to Dismiss, Transfer, or Stay have been fully briefed and pending without decision for 90 days. *See* ECF Nos. 40, 43, 49, 51.

                                      Respectfully submitted,

                                      By:  */s/ Ian Simmons*
                                            Ian Simmons

                                      *Counsel for Defendants Novartis Pharma AG, Novartis Technology LLC, and Novartis Pharmaceuticals Corp.*

cc: Counsel of record (via ECF)

Century City • Los Angeles • Newport Beach • New York • San Francisco • Silicon Valley • Washington, DC
Beijing • Brussels • Hong Kong • London • Seoul • Shanghai • Singapore • Tokyo