## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC., Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMA AG, NOVARTIS TECHNOLOGY LLC, NOVARTIS PHARMACEUTICALS CORP., and VETTER PHARMA INTERNATIONAL GMBH, Defendants. | Case No. 1:20-cv-05502-AJN<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 5/5/2021 |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND PROPOSED ORDER

Counsel for Regeneron Pharmaceuticals, Inc. ("Regeneron") respectfully withdraws the appearance of Lynda Nguyen in the above-captioned matter because she is no longer serving as in-house counsel for Regeneron on this matter. Regeneron further requests that Ms. Nguyen's name be removed or marked withdrawn from the case docket, that the Clerk terminate the delivery of all Notices of Electronic Filing addressed to Lynda.Nguyen@regeneron.com and that Ms. Nguyen's name be removed from any applicable service lists.

No other attorney is withdrawing his or her appearance by this notice. All other attorneys of record will continue to serve as counsel for Regeneron.

Dated: April 29, 2021
New York, New York

By: */s/ Eric Hochstadt*
Elizabeth Stotland Weiswasser
Eric S. Hochstadt
Anish R. Desai (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue

New York, New York 10153-0119
Telephone: (212) 310-8000
Fax: (212) 310-8007

Steven Newborn (*pro hac vice*)
Michael R Moiseyev (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street, NW
Washington, D.C. 20036
Telephone: (202) 682-7000
Fax: (202) 857-0940

SO ORDERED:

_____

Hon. Alison J. Nathan

Dated: May 4, 2021

## CERTIFICATION OF SERVICE

The undersigned counsel certifies that a copy of the foregoing was served on April 29, 2021 to all counsel of record via the Court's Electronic Filing System.

*/s/ Eric Hochstadt*
Eric S. Hochstadt
