

O'Melveny & Myers LLP  
1625 Eye Street, NW  
Washington, DC 20006-4061  

T: +1 202 383 5300  
F: +1 202 383 5414  
omm.com

**VIA ECF**

Ian Simmons  
D: +1 202 383 5106  
isimmons@omm.com

June 14, 2021

Hon. Alison J. Nathan  
United States District Court  
Southern District of New York  
40 Foley Square, Room 2102  
New York, NY 10007

Re: *Regeneron Pharmaceuticals, Inc. v. Novartis Pharma AG, et al.*, Case No. 1:20-cv-05502-AJN (S.D.N.Y.)

Dear Judge Nathan:

Pursuant to Your Honor's Individual Rule of Practice 1.D, Defendants Novartis Pharma AG, Novartis Technology LLC, and Novartis Pharmaceuticals Corporation ("Novartis") write to inform the Court that the parties hereby jointly submit the attached Stipulation and Proposed Order Modifying the Case Schedule.

Regeneron Pharmaceuticals, Inc. ("Regeneron") and Vetter Pharma International GmbH ("Vetter) (collectively with Novartis, "Parties") have met and conferred and agreed to seek a one-month extension of all remaining deadlines in the current case schedule (ECF No. 81-2). This is the Parties' second request for a modification of the case schedule; the Court granted the first request. *See* ECF No. 85.

Respectfully submitted,

*/s/ Ian Simmons/*

Ian Simmons  
of O'MELVENY & MYERS LLP

Century City • Los Angeles • Newport Beach • New York • San Francisco • Silicon Valley • Washington, DC  
Beijing • Brussels • Hong Kong • London • Seoul • Shanghai • Singapore • Tokyo

O'Melveny

cc: Counsel of Record (via ECF)