UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
REGENERON PHARMACEUTICALS, INC.,

                              Plaintiff,

v.                                                                ORDER

NOVARTIS PHARMA AG, et al.,                       20-CV-05502 (PMH)

                              Defendants.
--------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      This matter has recently been reassigned to me.  The parties are directed to each submit a letter to the Court via ECF, limited to three pages, concerning the status of this action by February 22, 2025.

SO-ORDERED:

Dated:  White Plains, New York
      January 15, 2025

_____
Philip M. Halpern
United States District Judge