UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
REGENERON PHARMACEUTICALS, INC.,

                   Plaintiff,

v.                                                                                     <u>ORDER</u>

NOVARTIS PHARMA AG, et al.,                              20-CV-05502 (PMH)

                   Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Due to a typographical error in the Court's January 15, 2025 Order, that Order is hereby vacated.

      The parties are directed to each submit a letter to the Court via ECF, limited to three pages, concerning the status of this action by **January 23, 2025**.

      The Clerk of Court is respectfully requested to vacate the Order at Doc. 141.

SO-ORDERED:

Dated: White Plains, New York
        January 16, 2025

                                                     _____
                                                     Philip M. Halpern
                                                     United States District Judge