UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
REGENERON PHARMACEUTICALS, INC.,

                            Plaintiff,

v.                                            <u>ORDER</u>

NOVARTIS PHARMA AG, et al.,           20-CV-05502 (PMH)

                            Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The parties shall, by February 7, 2025, meet and confer and file an order and stipulation

concerning the discovery deadlines, protocols, and procedures to which the parties have agreed;

and a letter, limited to two pages, identifying that to which they are unable to agree.

SO-ORDERED:

Dated:  White Plains, New York
        January 24, 2025

                                           _____
                                           Philip M. Halpern
                                         United States District Judge