## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC.<br>Plaintiffs,<br><br>v.<br><br>NOVARTIS PHARMA AG, NOVARTIS TECHNOLOGY LLC, NOVARTIS PHARMACEUTICALS CORPORATION, VETTER PHARMA INTERNATIONAL GMBH<br><br>Defendant. | Case No. 7:20-cv-05502<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Defendant Vetter Pharma International GmbH ("Vetter") respectfully withdraws the appearance of Julianne M. Hartzell in the above-captioned case because he is no longer employed by or otherwise affiliated with Marshall, Gerstein & Borun LLP, counsel for Vetter. Vetter further requests that Ms. Hartzell's name be removed and marked withdrawn from the case docket, that the Clerk terminate the delivery of all Notices of Electronic Filing addressed to jhartzell@marshallip.com, and that Ms. Hartzell's name be removed from any applicable service lists.

No other attorney is withdrawing his or her appearance by this notice. All other attorneys of record will continue to serve as counsel for Vetter.

Date: February 20, 2025

Respectfully submitted,

By: /s/ *Benjamin T. Horton*
Benjamin T. Horton (IL6286428)
MARSHALL GERSTEIN & BORUN LLP
6300 Willis Tower
233 S. Wacker Dr.

Chicago, IL  60606
T:  312.474.6300
F:  312.474.0448
E:  bhorton@marshallip.com

*Counsel for Defendant*
*Vetter Pharma International GmbH*

SO ORDERED:

_____
Honorable Philip M. Halpern

Dated:

## CERTIFICATE OF SERVICE

  I, Benjamin T. Horton, hereby certify that on February 20, 2025, I caused a copy of the foregoing Notice of Withdrawal of Counsel, to be electronically filed using the CM/ECF system, which sent notification of such filing to all counsel of record.

                /s/ *Benjamin T. Horton*
                Benjamin T. Horton (IL6286428)