IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC.<br><br>Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMA AG, NOVARTIS TECHNOLOGY LLC, NOVARTIS PHARMACEUTICALS CORPORATION, VETTER PHARMA INTERNATIONAL GMBH<br><br>Defendant. | Case No. 7:20-cv-05502<br><br>JURY TRIAL DEMANDED |

## **MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, William A. Isaacson hereby moves this Court for an Order for Admission to Practice Pro Hac Vice to appear as counsel for Regeneron Pharmaceuticals, Inc., in the above-captioned action.

I am in good standing of the bar in the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: May 6, 2025

Respectfully submitted,

By: */s/ William A. Isaacson*
William A. Isaacson
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW
Washington, DC 20006
Tel: (202) 223-7313
wisaacson@paulweiss.com

*Attorney for Regeneron Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2025, I electronically filed the foregoing MOTION FOR ADMISSION PRO HAC VICE with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing upon the counsel of record.

/s/ William A. Isaacson
William A. Isaacson