IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC.<br><br>Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMA AG, NOVARTIS TECHNOLOGY LLC, NOVARTIS PHARMACEUTICALS CORPORATION, VETTER PHARMA INTERNATIONAL GMBH<br><br>Defendant. | Case No. 7:20-cv-05502<br><br>JURY TRIAL DEMANDED |

### AFFIDAVIT OF WILLIAM A. ISAACSON IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, William A. Isaacson, state as follows:

1. I am a partner in the firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 2001 K Street NW, Washington, DC 20006.

2. I am a member in good standing of the bar in every jurisdiction in which I have been admitted to practice including the District of Columbia.

3. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

4. I have never had a *pro hac vice* admission to this Court revoked for misconduct.

5. I have never been convicted of a felony.

6. I am familiar with the Local Rules for the United States District Court for the Southern District of New York.

1

Signed under the penalties of perjury this ___ day of May, 2025.

_____
William A. Isaacson
DC Bar No. 414788

DISTRICT OF COLUMBIA: SS
Subscribed to and sworn before me this ___ day of May, 2025.

_____
Notary Public
Sarah H. Lee
Notary Public, District of Columbia
My Commission Expires 4/14/2028