## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

REGENERON PHARMACEUTICALS, INC.

        Plaintiff,

     v.

NOVARTIS PHARMA AG, NOVARTIS
TECHNOLOGY LLC, NOVARTIS
PHARMACEUTICALS CORPORATION,
VETTER PHARMA INTERNATIONAL
GMBH

        Defendant.

Case No.  7:20-cv-05502

**JURY TRIAL DEMANDED**

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE

The motion of William A. Isaacson, for admission to practice Pro Hac Vice in the above-captioned matter is granted.

Applicant has declared that he is a member in good standing of the bar for the District of Columbia, and that his contact information is as follows:

William A. Isaacson
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, N.W.
Washington, D.C. 20006-1047
Tel: (202) 223-7313
E-mail: wisaacson@paulweiss.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Regeneron Pharmaceuticals, Inc.;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-captioned matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the local Rules of this Court, including the

Rules governing discipline of attorneys.

Dated:_____

_____
United States District/Magistrate Judge