# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC.<br>        Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMA AG, NOVARTIS TECHNOLOGY LLC, NOVARTIS PHARMACEUTICALS CORPORATION, VETTER PHARMA INTERNATIONAL GMBH<br>        Defendants. | Case No. 7:20-cv-05502-PMH<br><br>JURY TRIAL DEMANDED |

### [PROPOSED] Order Granting Regeneron Pharmaceuticals, Inc.'s Unopposed Motion for Leave to Conduct Fact Deposition Out of Time

This matter has come before the Court on Plaintiff Regeneron Pharmaceuticals, Inc.'s ("Regeneron's") Motion to take a deposition out of time. This Court grants the motion as follows:

1. The deposition of Herman Piana may be taken after the current deadline to complete fact discovery and shall be concluded by September 26, 2025.

IT IS SO ORDERED.

Dated: June 16, 2025

_____
United States District Judge