August 25, 2025
VIA ECF
Hon. Philip M. Halpern
Southern District of New York
300 Quarropas St. Courtroom 520
White Plains, NY 10601

Re: *Regeneron Pharmaceuticals, Inc. v. Novartis Pharma AG et al.*, No. 7:20-cv-05502 (PMH) (S.D.N.Y.) – Discovery Dispute Conference Scheduled for August 28, 2025

Dear Judge Halpern:

Plaintiff Regeneron submits this letter jointly with the Novartis Defendants to inform the Court that the parties have resolved the discovery dispute set forth in the parties' August 18, 2025 joint letter. *See* Dkt. 251. The parties accordingly request adjournment of the discovery conference currently scheduled for August 28, 2025. The parties understand the Court also set a status conference for that day (*see* Dkt. 252), and the parties will of course make themselves available—in-person or remotely if the Court would be amenable—if the Court nonetheless wishes to hold a status conference on that date.

Respectfully Submitted,

*/s/ Russell Yankwitt*
Russell Yankwitt
**Yankwitt LLP**
140 Grand Street
White Plains, NY 10601
Tel: 914-686-1500
russell@yankwitt.com
*Counsel for Plaintiff Regeneron Pharmaceuticals, Inc.*

*/s/ Robert Milne*
Robert Milne
**White & Case LLP**
1221 Avenue of the Americas
New York, NY 10020
Tel: 212-819-8200
[email].com
*Counsel for Defendants Novartis Pharma [AG], [Novartis] Technology LLC, and [Novartis Pharmace]uticals Corp.*

cc: Counsel for Vetter

Application granted. The conference scheduled for August 28, 2025 is cancelled. No appearances are required on that date.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       August 26, 2025

Doc#: US1:27995649v3