March 2, 2026

**VIA CM/ECF**

Hon. Philip M. Halpern
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and U.S. Courthouse
300 Quarropas St., Room 530
White Plains, NY 10601-4150

> Application granted. The third revised civil case discovery plan and scheduling order will be separately docketed.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>    March 3, 2026

Re: *Regeneron Pharms., Inc. v. Novartis Pharma AG et al.*, No. 7:20-cv-05502 (PMH) (S.D.N.Y.)
– Joint Letter Motion for an Amendment to the Civil Discovery Plan and Scheduling Order

Dear Judge Halpern:

Pursuant to the Scheduling Order (ECF No. 186), Second Revised Discovery Plan and Scheduling Order (ECF No. 265), and Rule 1(C) of Your Honor's Individual Practice Rules, we write jointly on behalf of all parties—Plaintiff Regeneron Pharmaceuticals, Inc. ("Regeneron"), Defendants Novartis Pharma AG, Novartis Technology LLC, and Novartis Pharmaceuticals Corporation (collectively, "Novartis"), and Defendant Vetter Pharma International GmbH ("Vetter") (collectively, the "Parties")—to seek leave to extend (1) by thirteen days the close of expert discovery, from March 9, 2026 to March 22, 2026; and, relatedly, (2) by one week the remaining deadlines set out in the Scheduling Order. No change is sought in the June 10, 2026 case management conference set by the Court.

## I. Expert Discovery

On September 16, 2025, the Parties sought leave to complete the discovery of third party Genetech and two party witnesses after the September 19, 2025 fact discovery deadline (ECF No. 259). The Court granted that request on September 17, 2025 (ECF No. 260). On October 9, 2025, the Parties sought leave to extend by three weeks the remaining deadlines in the scheduling order (ECF No. 264). The Court granted that request on October 10, 2025 (ECF No. 265). The Parties have complied with the deadlines set forth in the Scheduling Order to date, including the exchange of expert reports, and accompanying productions of expert documents and data.

In the meantime, the Parties have worked collaboratively and diligently to schedule all the depositions of the Parties' economic, medical, patent, and technical experts. Although the Parties will complete the majority of expert depositions by March 9, 2026, as set forth in the Second Revised Discovery Plan and Scheduling Order, difficulties in scheduling require a short extension of thirteen days—to March 22, 2026—to complete the remainder of expert discovery.

As a result, the Parties have agreed and now jointly request that the Court permit the extension of the close of expert discovery from March 9, 2026 to March 22, 2026.

## II.  Summary Judgment and Remaining Deadlines

Given the Parties' joint request to extend the deadline for expert discovery, the Parties also have agreed to seek leave from the Court for a shorter, one-week extension of the date for any party moving for summary judgment to serve a Rule 56.1 fact statement, from March 23, 2026 to March 30, 2026.  A modest extension of this nature would permit the Parties to efficiently and effectively address any relevant expert deposition testimony in the Parties' respective submissions to the Court pursuant to Rule 56.1.  The Parties accordingly have also agreed to seek leave from this Court to extend all concurrent and subsequent scheduling deadlines by one week each.[1]

As a result, the Parties respectfully request that the Court enter an amended Scheduling Order that would make the following adjustments to the dates set out in ECF No. 265.

| Event | Current Date | Adjusted Proposal |
|---|---|---|
| Close of Expert Discovery / Close of All Discovery | March 9, 2026 | March 22, 2026 |
| Deadline to File a Joint Letter Concerning Settlement/Mediation | March 23, 2026 | March 30, 2026 |
| Party Moving for Summary Judgment Exchanges Rule 56.1 Fact Statement | March 23, 2026 | March 30, 2026 |
| Party Opposing Summary Judgment Exchanges Responses to 56.1 Fact Statements and Provides Any Counterstatement | April 6, 2026 | April 13, 2026 |
| Deadline for Summary Judgment/*Daubert* Pre-Motion Letter | April 16, 2026 | April 23, 2026 |
| Deadline for Summary Judgment/*Daubert* Opposition Pre-Motion Letter | May 7, 2026 | May 14, 2026 |

The Parties therefore respectfully request that the Court enter an order in the form of the proposed Civil Case Discovery Plan and Scheduling Order enclosed herewith, which is consistent with the above.  The Parties are available to respond to any questions the Court may have.

---

[1]     While the Parties do not seek leave to move the case management conference scheduled for June 10, 2026 at 2:30 p.m., ECF No. 265 at 4, the Parties would be amenable to a different date at the Court's preference.

Respectfully submitted,

<div style="display: flex;">
<div>

*/s/ Jay Cohen\**

Jay Cohen
Paul, Weiss, Rifkind, Wharton &
Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: 212-373-3163
Email: jaycohen@paulweiss.com

*Counsel for Plaintiff Regeneron
Pharmaceuticals Inc.*

</div>
<div>

*/s/ David Marriott*

David Marriott
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: 212-906-1645
Email: david.marriott@lw.com

*Counsel for Defendants Novartis
Pharma AG, Novartis Technology
LLC, and Novartis
Pharmaceuticals Corporation*

*/s/ Benjamin T. Horton\**

Benjamin T. Horton
Marshall Gerstein & Borun LLP
6300 Willis Tower
233 S. Wacker Dr.
Chicago, IL 60606
Tel: 312-474-9575
Email: bhorton@marshallip.com

*Counsel for Defendant Vetter
Pharma International GmbH*

</div>
</div>

\*  All parties whose electronic signatures are included herein have consented to the filing of this document, as contemplated by Rule 8.5(b) of the Court's ECF Rules and Instructions

3