UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
REGENERON PHARMACEUTICALS, INC.,

                        Plaintiff,

v.                                      <u>ORDER</u>

NOVARTIS PHARMA AG, et al.,          20-CV-05502 (PMH)

                        Defendants.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

The applications to file under seal are granted (Doc. 284; Doc. 287).

The pre-motion letter requests for a conference in anticipation of a motion for summary judgment (Doc. 288; Doc. 289) and in anticipation of *Daubert* motions (Doc. 283; Doc. 286; Doc. 290; Doc. 291), are granted.

The case management conference scheduled for June 10, 2026 is hereby converted to a pre-motion conference and re-scheduled to **June 17, 2026 at 2:30 p.m**. The pre-motion conference will be held in person in Courtroom 520 of the White Plains courthouse.

The Clerk of Court is respectfully requested to terminate the pending letter-motions addressed herein: Docs. 284, 287, 288, 289, 290, 291.

**SO ORDERED:**

Dated: White Plains, New York
       May 15, 2026

_____
Philip M. Halpern
United States District Judge