May 20, 2026
**VIA CM/ECF**
The Honorable Philip M. Halpern
United States District Judge Southern District of New York
300 Quarropas St., Courtroom 520
White Plains, NY 10601-4150

Re: *Regeneron Pharms., Inc. v. Novartis Pharma AG et al.*, No. 7:20-cv-05502 (PMH) (S.D.N.Y.)

Dear Judge Halpern:

Pursuant to Rules 1(B) and 1(C) of the Court's Individual Practices, Defendants respectfully request that the June 17, 2026 pre-motion conference be adjourned until June 24 or 25, or as the Court is otherwise available. Defendants request this adjournment because Mr. Marriott, who will be responsible for arguing the pre-motion for summary judgment on behalf of Defendants, is unavailable on June 17 due to an immovable, preexisting commitment abroad.[1] This is the first request by any party for an adjournment of the pre-motion conference, which was scheduled on May 15, 2026 (ECF No. 296). Defendants have conferred with counsel for Regeneron and confirmed that June 24 and June 25 work for all parties. Counsel for Regeneron does not object to this request. This request for an adjournment does not affect any other scheduled dates.

Application granted. The June 17, 2026 pre-motion conference is adjourned to June 25, 2026 at 11:00 a.m. to be held in courtroom 520 of the White Plains courthouse.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
     May 20, 2026

Respectfully submitted,

*/s/ David R. Marriott*
David R. Marriott
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Tel: 212-906-1200
david.marriott@lw.com

---

[1] Mr. Marriott is unavailable the full week of June 15-19. However, Defendants' counsel are otherwise available on June 9, 11, 24, or 25. Regeneron's counsel has notified us that of those dates, only June 24 or 25 work, with June 25 as their preference.

*Counsel for Defendants Novartis Pharma AG, Novartis Technology LLC, and Novartis Pharmaceuticals Corporation*

/s/ Benjamin T. Horton

Benjamin T. Horton*[2]

**MARSHALL GERSTEIN & BORUN LLP**

6300 Willis Tower

233 S. Wacker Dr.

Chicago, IL 60606

Tel: 312-474-6300

bhorton@marshallip.com

*Counsel for Defendant Vetter Pharma International GmbH*

cc:    All Counsel of Record (via ECF)

---

[2] Novartis uses electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

2